UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 16-CR-105

JEREMY J. NEUMANN

    Defendants.

## ORDER FOR AMENDMENT OF JUDGMENT

Based upon the stipulation of the parties in the above matter, restitution is increased to $ 2,366,882.94, with the increase payable to the parties and in the amounts listed in the parties' stipulation. All other provisions of the Judgment of Conviction remain in effect.

**SO ORDERED** this   16th   day of August, 2017.

                                    BY THE COURT:

                                    s/ William C. Griesbach
                                    William C. Griesbach, Chief Judge
                                    United States District Court